**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      *Ted B.  Lyon  III v. Building Galveston, Inc.*

Appellate case number:   01-19-00571-CV

Trial court case number:  10-CV-2353

Trial court:                      405th District Court of Galveston County

Party filing motion:         Appellant


      The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration.  It is ordered that the motion is **denied**.


Judge's signature:              /s/ Veronica Rivas-Molloy_____
                               ☑ Acting for the Court


\* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date:  ____June 22, 2021_____